UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, § § § § § § § §  VS.  TOSHIBA AMERICA INFORMATION SYSTEMS, INC., ET AL., | Case No. 6:06-CV-550 (LED) |

## ORDER GRANTING UNOPPOSED MOTION TO DEEM MOTION FOR SUMMARY JUDGMENT FILED

Before the Court is the Unopposed Motion of all Defendants to Deem Motion for Summary Judgment Filed. Having considered the matter, and being advised of Plaintiff's non-opposition, the Court grants the Motion, and deems Defendants' Motion for Summary Judgment of Invalidity filed in this matter on 5/22/08.

**So ORDERED and SIGNED this 9th day of June, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**