# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| INTEL CORPORATION, et al., | § | Case No. 6:06-CV-551 (LED) |
| Plaintiffs, | § | Jury Trial Demanded |
| v. | § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § | |
| Defendant. | § | |
| MICROSOFT CORP., et al., | § | Case No. 6:06-CV-549 (LED) |
| Plaintiffs, | § | Jury Trial Demanded |
| v. | § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § | |
| Defendant. | § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § | Case No. 6:06-CV-550 (LED) |
| | § | Jury Trial Demanded |
| Plaintiff, | § | |
| v. | § | |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al., | § | |
| Defendants. | § | |
| MARVELL SEMICONDUCTOR, et al., | § | Case No. 6:07-CV-204 (LED) |
| Plaintiffs, | § | |
| v. | § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO AMEND THEIR INVALIDITY CONTENTIONS FOR THE '069 PATENT**

Pursuant to Patent Rule ("P.R.") 3-6(b), Toshiba America Information Systems, Inc., Nintendo of America, Inc., Fujitsu Computer Systems Corporation, ASUS Computer International, D-Link Systems, Inc., Belkin Corporation, Accton Technology Corporation USA, SMC Networks, Inc., 3Com Corporation, Microsoft Corporation, Hewlett-Packard Company, NETGEAR, Inc., Marvell Semiconductor, Inc., Marvell Asia PTE., Ltd., Marvell Intl., Ltd., Intel Corporation, and Dell, Inc. (collectively, "Defendants") filed their Motion for Leave to Amend Invalidity Contentions.

Plaintiff Commonwealth Scientific and Industrial Research Organisation ("CSIRO") does not oppose the relief requested therein. Accordingly, such Motion is GRANTED, and it is ORDERED that Defendants are authorized to amend their Invalidity Contentions on the terms set forth in Exhibit A to their motion.

**So ORDERED and SIGNED this 7th day of July, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

2

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND
THEIR INVALIDITY CONTENTIONS FOR THE '069 PATENT
**C.A. NOS. 6:06-CV-549, 550, & 551 (LED)**
{A48\7395\0007\W0369061.1 }