UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>             Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,<br><br>             Defendants. | § § § § § § § § § § § § § | Case No. 6:06-CV-550 (LED)<br><br>Jury Trial Demanded |

**NOTICE OF FIRST AMENDED SUPPLEMENTAL DISCLOSURE OF
<u>DEFENDANT SMC NETWORKS, INC.</u>**

COMES NOW, SMC NETWORKS, INC., and hereby notifies the Court that it has served its first amended supplemental disclosure on all other parties as required by Federal Rule 26 (e), the Local Rules of the Eastern District of Texas, and the Court's Discovery Order.

Dated: August 28, 2008

Respectfully submitted,

By: <u>/s/ William J. Cornelius, Jr.</u>
Richard C. Vasquez (*pro hac vice*)
*Lead Attorney*
Jeffrey T. Lindgren (*pro hac vice*)
Eric W. Benisek (*pro hac vice*)
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Boulevard, #300
Lafayette, CA 94549
Telephone:  (925) 627-4250
Facsimile:  (925) 403-0900
E-mail:  rvasquez@vbllaw.com
E-mail:  jlindgren@vbllaw.com
E-mail:  ebenisek@vbllaw.com

William J. Cornelius, Jr.
State Bar No. 04834700
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400

>Tyler, TX 75701
>Telephone No. (903) 509-5000
>Facsimile No. (903) 509-5091
>E-mail:  wc@wilsonlawfirm.com
>
>**Counsel for ACCTON TECHNOLOGY CORP., SMC NETWORKS, INC., 3COM CORPORATION, AND D-LINK SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2008.

>*/s/ William Cornelius*