IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION** | § § § § | |
| Plaintiff | § § | CASE NO. 6:06 CV 550 |
| vs. | § § § | PATENT CASE |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC., NINTENDO OF AMERICA, INC., FUJITSU COMPUTER SYSTEMS CORPORATION, ASUS COMPUTER INTERNATIONAL, D-LINK SYSTEMS, INC., BELKIN CORPORATION, ACCTON TECHNOLOGY CORPORATION USA, SMC NETWORKS, INC., and 3COM CORPORATION** | § § § § § § § § § § § § § | |
| Defendants | | |

**ORDER**

Defendants' Petition for a Letter of Request for International Judicial Assistance (Docket No. 359) is before the Court. The Court **DENIES** the request. Defendants seek to take a second day of deposition testimony from Dr. Skellern. Dr. Skellern was previously deposed on October 24, 2007. He is not a party to this suit, nor is he employed by a party to this suit. Defendants have not shown why, nearly a year later, they need to take his deposition again. Defendants have not shown good cause for why his deposition could not have been completed in a single day or for why they waited so long to seek a second day of deposition from him. A second day of deposition will put a tremendous burden on all parties to travel to Australia this close to the end of discovery.

1

Accordingly, the Court **DENIES** the request.

    **So ORDERED and SIGNED this 2nd day of October, 2008.**

    _____
    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**