**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,** | § § § § | |
| Plaintiff, | § | Civil Action No. 6:06-cv-550-LED |
| vs. | § § | Jury Trial Demanded |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,** *et al,* | § § § § | |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION AND DEFENDANT FUJITSU COMPUTER SYSTEMS CORPORATION PURSUANT TO FED. R. CIV P. 41(a)(1)**

IT IS HEREBY STIPULATED by plaintiff Commonwealth Scientific and Industrial Research Organisation ("CSIRO"), and defendant Fujitsu Computer Systems Corporation ("FCS") (collectively, the "Parties"), that pursuant to Fed. R. Civ. P. 41(a)(1):

1.   All claims CSIRO asserts against FCS in the above-captioned action are dismissed with prejudice;

2.   All claims or counterclaims FCS asserts against CSIRO in the above-captioned action are dismissed with prejudice;

3.   Each of the Parties shall bear its own costs; and

4.   This Court shall retain jurisdiction over any dispute arising out of the settlement agreement between the parties.

Dated: April 6, 2009	Respectfully submitted,

By: */s/ Andy Tindel*
    Andy Tindel
    With permission of Lead Attorney

ANDY TINDEL
(State Bar No. 20054500)
PROVOST UMPHREY LAW FIRM, L.L.P.
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

KARL J. KRAMER – Lead Attorney
(*Pro Hac Vice*)
MARC J. PERNICK (*Pro Hac Vice*)
CHRISTOPHER F. JEU (State Bar No. 24050823)
MORRISON & FOERSTER LLP
755 Page Mill Road
Pal Alto, CA 94304
Tel: (650) 813-5600
Fax: (650) 494-0792
Email: kkramer@mofo.com
Email: mpernick@mofo.com
Email: cjeu@mofo.com

ATTORNEYS FOR FUJITSU COMPUTER
SYSTEMS CORPORATION

Respectfully submitted,

By: */s/ Daniel J. Furniss w/permission Andy Tindel*
      Daniel J. Furniss

Daniel J. Furniss (CA State Bar No. 73531)
djfurniss@townsend.com
Gary H. Ritchey (CA State Bar No. 136209)
ghritchey@townsend.com
John E. Lord (CA State Bar No. 216111)
jelord@townsend.com
Robert D. Tadlock (CA State Bar No. 238479)
rdtadlock@townsend.com
TOWNSEND AND TOWNSEND AND CREW
379 Lytton Avenue
Palo Alto, CA 94301
Tel: (650) 326-2400
Fax: (650) 326-2422

S Calvin Capshaw (State Bar No,. 03783900)
ccapshaw@capshawlaw.com
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Tel: (903) 236-9800
Fax: (903) 236-8787

Attorneys for Plaintiff
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION

3

**CERTIFICATE OF SERVICE**

The undersigned certified that the foregoing document was filed electronically in compliance with Local rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 6th day of April 2009.

By: */s/ Andy Tindel*
Andy Tindel