# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **INTEL CORPORATION, et al.,** | § | |
| Plaintiffs, | § | Civil No. 6:06-cv-551 |
| v. | § | |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,** | § | |
| Defendant. | § | |
| **MICROSOFT CORP., et al.,** | § | |
| Plaintiffs, | § | Civil No. 6:06-cv-549 |
| v. | § | |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,** | § | |
| Defendant. | § | |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,** | § | |
| Plaintiff, | § | Civil No. 6:06-cv-550 |
| v. | § | |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,** | § | |
| Defendants. | § | |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,** | § | |
| Plaintiff, | § | Civil No. 6:06-cv-324 |
| v. | § | |
| **BUFFALO TECHNOLOGY (USA), et al.,** | § | |
| Defendants. | § | |

## ORDER

In light of Defendants' stipulation conceding infringement, the parties submitted amended witness lists and time estimates. CSIRO reduced its estimated time by 30%, and Defendants reduced their time estimates by 41%. In light of these reductions, the Court reduces the parties' time allowance for direct and cross examinations by 33% to 16 hours per side.

**So ORDERED and SIGNED this 13th day of April, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**