IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>   Plaintiff,<br><br>  v.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,<br><br>   Defendants. | § § § § § § § § § § § § § | Case No. 6:06-CV-550 (LED)<br><br>Jury Trial Demanded |

**AGREED MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Memorandum of Understanding, the parties Commonwealth Scientific and Industrial Research Organisation ("CSIRO") and Toshiba America Information Systems, Inc. ("TAIS") have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, move this Court to dismiss all claims by CSIRO against TAIS, and all claims by TAIS against CSIRO, made therein without prejudice to the re-filing of same. Upon receipt of certain payments from TAIS, the parties will file an Agreed Motion to Dismiss With Prejudice.

CSIRO and TAIS further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.


AGREED:


Dated:  April 21, 2009            By:___*/s/ Daniel J. Furniss*_____
                                        Daniel J. Furniss  (CA State Bar No. 73531)
                                        djfurniss@townsend.com
                                        Gary H. Ritchey (CA State Bar No. 136209)
                                        ghritchey@townsend.com
                                        Robert D. Tadlock (CA State Bar No. 238479)
                                        rdtadlock@townsend.com
                                        John E. Lord (CA State Bar No. 216111)
                                        jelord@townsend.com
                                        TOWNSEND AND TOWNSEND AND CREW LLP
                                        379 Lytton Avenue
                                        Palo Alto, CA  94301
                                        Tel.: (650) 326-2400/Fax: (650) 326-2422

                        S. Calvin Capshaw (State Bar No. 03783900)
                        ccapshaw@capshawlaw.com
                        CAPSHAW DERIEUX LLP
                        1127 Judson Road, Suite 220,
                        P.O. Box 3999
                        Longview, Texas  75601-5157
                        Tel.: (903) 236-9800/Fax: (903) 236-8787

                        Attorneys for Defendant & Counterclaimant,
                        COMMONWEALTH SCIENTIFIC AND
                        INDUSTRIAL RESEARCH ORGANISATION


Dated:  April 21, 2009          By:  _/s/ Irfan A. Lateef by permission DJF_
                        Irfan A. Lateef (*pro hac vice*)
                        Email:  LitTAISL.007L@kmob.com
                        Knobbe, Martens, Olson & Bear, LLP
                        2040 Main Street, 14th Fl.
                        Irvine, CA  92614
                        Tel:  (949) 760-0404
                        Fax:  (949) 760-9502

                        Melvin Wilcox (TX State Bar 21454800)
                        Email:  mrw@yw-lawfirm.com
                        Yarbrough Wilcox, PLLC
                        100 E. Ferguson, Suite 1015
                        Tyler, TX  75702
                        Tel:  (903) 595-1133
                        Fax: (903) 595-0191
                        Counsel for TOSHIBA AMERICA INFORMATION
                        SYSTEMS, INC.

61910950 v1

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of April, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              */s/ Daniel J. Furniss*
                                              Daniel J. Furniss

61910950 v1