IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>   Plaintiff,<br><br>  v.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,<br><br>   Defendants. | § § § § § § § § § § § § § Case No. 6:06-CV-550 (LED)<br><br>Jury Trial Demanded |

## AGREED MOTION TO DISMISS WITH PREJUDICE

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release, and License Agreement, the parties Commonwealth Scientific and Industrial Research Organisation ("CSIRO") and Belkin International, Inc. ("Belkin") have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, move this Court to dismiss all claims by CSIRO against Belkin, and all claims by Belkin against CSIRO, made therein with prejudice to the re-filing of same.

  CSIRO and Belkin further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

Dated: October 12, 2009                By:      /s/ Elizabeth L. DeRieux
                                           Daniel J. Furniss (CA State Bar No. 73531)
                                           djfurniss@townsend.com
                                           Gary H. Ritchey (CA State Bar No. 136209)
                                           ghritchey@townsend.com
                                           Robert D. Tadlock (CA State Bar No. 238479)
                                           rdtadlock@townsend.com
                                           John E. Lord (CA State Bar No. 216111)
                                           jelord@townsend.com
                                           TOWNSEND AND TOWNSEND AND CREW LLP
                                           379 Lytton Avenue
                                           Palo Alto, CA 94301
                                           Tel.: (650) 326-2400/Fax: (650) 326-2422

                                           S. Calvin Capshaw (State Bar No. 03783900)
                                           ccapshaw@capshawlaw.com
                                           Elizabeth L. DeRieux (State Bar No. 05770585)
                                           ederieux@capshawlaw.com
                                           CAPSHAW DERIEUX LLP
                                           1127 Judson Road, Suite 220,
                                           P.O. Box 3999
                                           Longview, Texas 75601-5157
                                           Tel.: (903) 236-9800/Fax: (903) 236-8787

                                           Attorneys for COMMONWEALTH SCIENTIFIC
                                           AND INDUSTRIAL RESEARCH ORGANISATION



Dated: October 12, 2009                By:  /s/ Kristopher Dawes, by permission ELD
                                           Brian Berliner
                                           David Enzminger
                                           Nicholas J Whilt
                                           Ryan K Yagura
                                           O'Melveny & Myers
                                           400 South Hope Street
                                           Los Angeles, Ca 90071-2899
                                           213/430-7503
                                           Fax: 213/430-6407
                                           Email: bberliner@omm.com
                                           Email: denzminger@omm.com
                                           Email: nwhilt@omm.com
                                           Email: ryagura@omm.com

Kristopher Dawes
O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach , CA 92660
949/823-6921
Fax: 949/823-6994
Email: kdawes@OMM.com

Herbert A. Yarbrough, III
Yarbrough & Wilcox P.L.L.C.
100 E Ferguson
Suite 1015
Tyler , TX 75702
903/595-3111
Fax: 19035950191
Email: trey@yw-lawfirm.com

Counsel for BELKIN INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                 */s/ Elizabeth L. DeRieux*
                                                  Elizabeth L. DeRieux