IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>    Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al.,<br><br>    Defendants. | § § § § § § § § § § § § § § | Case No. 6:06-CV-550 (LED)<br><br>Jury Trial Demanded |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release, and License Agreement, the parties Commonwealth Scientific and Industrial Research Organisation ("CSIRO") and D-Link Systems, Inc. ("D-Link") have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, move this Court to dismiss all claims by CSIRO against D-Link, and all claims by D-Link against CSIRO, made therein with prejudice to the re-filing of same.

CSIRO and D-Link further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

Dated:  October 16, 2009

By: /s/ Elizabeth L. DeRieux
Daniel J. Furniss  (CA State Bar No. 73531)
djfurniss@townsend.com
Gary H. Ritchey (CA State Bar No. 136209)
ghritchey@townsend.com
Robert D. Tadlock (CA State Bar No. 238479)
rdtadlock@townsend.com
John E. Lord (CA State Bar No. 216111)
jelord@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
Tel.: (650) 326-2400/Fax: (650) 326-2422

S. Calvin Capshaw (State Bar No. 03783900)
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux (State Bar No. 05770585)
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220,
P.O. Box 3999
Longview, Texas  75601-5157
Tel.: (903) 236-9800/Fax: (903) 236-8787

Attorneys for Defendant & Counterclaimant,
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION


Dated: October 16, 2009

By:  *Richard C. Vasquez, by permission ELD*
Richard C. Vasquez (*pro hac Vice*)
Email: rvasquez@vbllaw.com
Eric W. Benisek (*pro hac vice*)
Email:  ebenisek@vbllaw.com
Jeffrey T. Lindgren  (*pro hac vice*)
Email:  jlindgren@vbllaw.com
Craig E. Davis (*pro hac vice)*
Email:  cdavis@vbllaw.com
Avin Sharma (*pro hac vice*)
Email: asharma@vbllaw.com
VASQUEZ BENISEK & LINDGREN, LLP
3685 Mt. Diablo Blvd., #300
Lafayette, CA  94549
Tel:  (925) 627-4250
Fax:  (925) 403-0900

William J. Cornelius, Jr. (TX State Bar 04834700)
Wilson, Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Tel: (903) 509-5000
Fax: (903) 509-5091

Counsel for D-Link Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux